RECEIVED
APR 16 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
**Charles E. Peterson**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): **Richard A. Bednar**
Firm Name: **Law Office of Richard A. Bednar**
Post Office Box:
Street Address: **12107 Park Shore Ct.**
City-State-Zip: **Woodbridge, VA 22192-2217**
Telephone & Facsimile Numbers: **703-490-0000 / 703-991-0454 (fax)**

08-279 C

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [3] [4] [0]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: [A] [F] [ ]
See attached sheet for three-digit codes.

Amount Claimed: $ **90,000.00 (estimate)**
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ **N/A**
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: **N/A**

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.