# In the United States Court of Federal Claims

**No. 08-279C**

**(Filed June 11, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**CHARLES E. PETERSON,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to a telephonic conference held on this day, the parties are not requesting a meeting for early neutral evaluation. Defendant indicated that it will be filing a motion to dismiss for lack of subject matter jurisdiction. If plans change, the parties shall advise the court accordingly.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

cc: Judge Mary Ellen Coster Williams