**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHARLES E. PETERSON<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-279C<br>(Judge Williams) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to RCFC 41(a)(1), plaintiff provides notice that he seeks to have this case voluntarily dismissed. Plaintiff observes that, as of this date, defendant has neither served an answer nor a motion for summary judgment.

In his complaint, plaintiff noted that an application seeking the same relief sought in this Court was pending before the Air Force Board for Correction of Military Records (AFBCMR). In a decision dated June 11, 2008, the AFBCMR issued a decision granting the plaintiff the relief he sought, namely consideration for promotion to the grade of major by Special Selection Board for the Calendar Year 1995A and 1996A Major Central Selection Boards. Based upon the June 11, 2008, decision of the AFBCMR, plaintiff moves to voluntarily dismiss this case as moot.

Respectfully submitted,

/s Richard A. Bednar
Law Office of Richard A. Bednar
12107 Park Shore Ct.
Woodbridge, VA 22192-2217
703-490-0000
703-991-0454 (fax)
Email: Rbednar@ArmedForcesLaw.com

July 7, 2008